■ In the Matter of T'Ziah W., a Child Alleged to be Neglected. Orange County Department of Social Services, Respondent; Pamela W., Appellant. [739 NYS2d 844] —In a proceeding pursuant to Social Services Law § 384-b to terminate parental rights on the ground of permanent neglect, the mother appeals from a dispositional order of the Family Court, Orange County (Bivona, J.), entered November 28, 2000, which, after a hearing, and upon a finding that the mother was in violation of the terms and conditions of a suspended judgment of the same court, dated February 7, 2000, terminated her parental rights and transferred custody and guardianship of the subject child to the Orange County Department of Social Services for the purpose of adoption.

Ordered that the dispositional order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the mother's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738; *Matter of William Ralph T.,* 286 AD2d 441, *lv denied* 97 NY2d 608; *Matter of Lawrence Clinton S.,* 186 AD2d 808, 809). Prudenti, P.J., Feuerstein, Friedmann and H. Miller, JJ., concur.

■ In the Matter of Gary Warnecke, Appellant, v Ann Warnecke, Respondent. [739 NYS2d 846] —In a child support proceeding pursuant to Family Court Act article 4, the father appeals from an order of the Family Court, Suffolk County (Dounias, J.), dated February 2, 2001, which denied his objections to an order of the same court (Goglas, H.E.), dated September 18, 2000, denying his application for an upward modification of child support.

Ordered that the order is affirmed, with costs.

The Family Court providently exercised its discretion in denying the father's application for an upward modification of child support, as he failed to demonstrate a sufficient change in circumstances (*see Matter of Manwani v Manwani,* 286 AD2d 767; *Pollack v Pollack,* 282 AD2d 588).

The father's remaining contentions are without merit. Prudenti, P.J., Feuerstein, Friedmann and H. Miller, JJ., concur.